## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:

Robert and Diane Walton,

    Debtors.

_____/

Case No. 04-30796
Chapter 13
Hon. Daniel S. Opperman

### FIRST AMENDMENT, POST-CONFIRMATION TO CHAPTER 13 PLAN

NOW COME the Debtors, Robert and Diane Walton, by and through their counsel, DIETRICH & CUZYDLO, PLLC, by Robert W. Dietrich and Charles R. Cuzydlo, and amend their Chapter 13 Plan as follows:

The Plan shall be extended to 60 months from the date of confirmation.

Payments shall continue at $6,860 per month for the remainder of the plan.

Debtors shall make a balloon payment of about $22,500.00 in the last 90 days of the plan to meet the minimum funding required by 11 USC §1325(a)(4). Said funds to come from the Debtors by refinancing properties as necessary.

In all other respects, the Plan as previously filed remains in full force and effect.

Dated: _9 - 13 - 06_

Dated: _9 - 13 - 06_

Dated: _9|13|06_

_____
Robert Walton, Debtor

_____
Diane Walton, Debtor

_____
Robert W. Dietrich (P49704)
Attorney for Debtors

Prepared by:
Dietrich & Cuzydlo, PLLC
By: Robert W. Dietrich (P49704)
Charles R. Cuzydlo (P48503)
444 Church St., Ste. 301
Flint, MI 48502
(810) 233-9300