**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re:                                                                     Case No. 04-30796
                                                                                               Chapter 13

Robert & Diane Walton,                          Hon. Daniel S. Opperman

                Debtors                          /

**NOTICE OF FILING MOTION FOR HARDSHIP DISCHARGE**

The Debtors have filed papers with the Court to seek a hardship discharge.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to [relief sought in a motion or objection], or if you want the court to consider your views on the motion, within 28 days, you or your attorney.

1. File with the Court a written response to the objection, explaining your position at:

    U.S. Bankruptcy Court
    226 W. Second St.
    Flint, MI 48502

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

George E. Jacobs Bankruptcy Law Office, 2425 S. Linden Rd. Ste. C, Flint, MI 48532

Carl L. Bekofske, Chapter 13 Trustee, 510 W. Court St., Flint, MI 48503

United States Bankruptcy Court-Flint, 226 W. 2nd Street, Flint, MI 48502-1278

Robert & Diane Walton, 4489 Lippincott Blvd., Burton, MI 48519

2. Attend the hearing on the objection, scheduled to be held on June 21, 2011 at 10:00 a..m. in the Judge's courtroom, United States Bankruptcy Court, 226 West Second Street, Flint, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

Dated: 5/16/11                                                               /s/ George E. Jacobs
                                                                                     George E. Jacobs
                                                                                     2425 S. Linden Rd., Ste. C
                                                                                     Flint, MI 48532
                                                                                     810-720-4333
                                                                                     [consumerdebtlaw@yahoo.com](mailto:consumerdebtlaw@yahoo.com)