# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:  Case No. 04-30796
Chapter 13
Robert & Diane Walton,  Hon. Daniel S. Opperman

    Debtors
_____/

## PROOF OF SERVICE

STATE OF MICHIGAN    )
    )SS.
COUNTY OF GENESEE    )

    THE UNDERSIGNED, being first duly sworn, deposes and says that she is employed at the law firm of Bankruptcy Law Office, and on the 16th day of May, 2011 she served upon:

Attached Court Matrix

a copy of the Motion and Notice for Hardship Discharge by placing same in an envelope addressed to the said addressee and by depositing said envelope in the United States Mail in a mail receptacle in Flint, Michigan, with first-class postage fully paid thereon.

    /s/ *Mandy Plonski*
Mandy Plonski
SUBSCRIBED AND SWORN to before  Consumerdebtlaw@yahoo.com
me, a Notary Public in and for said county,  Bankruptcy Law Office
this 16th day of May, 2011  2425 S. Linden Rd. Ste. C
Flint, MI 48532
/s/ *Kelly Smith*  810-720-4333
Kelly Smith, Notary Public
Genesee County, Michigan
My commission expires: 5/10/11