UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:                                   CHAPTER 13
Robert L. Walton,                    CASE NO: 04-30796
Diane L. Walton,                      JUDGE: Daniel S. Opperman
                Debtors
_____/

## STIPULATION TO ADJOURN THE TRUSTEE'S MOTION TO DISMISS

       The parties hereto agree to the entry of the Adjournment Order to the Trustee's Motion to Dismiss hearing to June 21, 2011 at 9:00 a.m.


/s/ Carl L. Bekofske
Chapter 13 Standing Trustee
400 N. Saginaw St., Ste 331
Flint MI 48502
(810) 238-4675
ECF@Flint13.com
P10645


/s/ George E. Jacobs
Attorney for Debtors
2425 S. Linden Rd., Suite C
Flint, MI 48532
(810) 720-4333
consumerdebtlaw@yahoo.com
P36888

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Robert L. Walton,** | CASE NO: 04-30796 |
| **Diane L. Walton,** | JUDGE: Daniel S. Opperman |
|               **Debtors** | |
| _____/ | |

**ORDER ADJOURNING TRUSTEE'S MOTION TO DISMISS**

This matter being set for hearing on May 17, 2011 and the parties have agreed to the following terms, and the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given; therefore:

IT IS HEREBY ORDERED the above referenced matter is adjourned to **June 21, 2011** at 9:00 a.m.

IT IS FURTHER ORDERED in the event that the Debtors fail to make any future Chapter 13 Plan payments, the Trustee may submit a notice of default, served upon the debtors and the debtors' counsel permitting 14 days to cure any and all defaults. If the debtors fail to cure the defaults after notice, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court with an affidavit attesting to the failure to cure the defaults. This may result in the DISMISSAL of this chapter 13 case WITHOUT further hearing or notice.