Form ntchrg

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **04–30796–dof**
Chapter: 13
Judge: Daniel S. Opperman.Flint

In Re: (NAME OF DEBTOR(S))
   Robert L. Walton                                    Diane L. Walton
   4489 Lippincott Blvd.                          4489 Lippincott Blvd.
   Burton, MI 48519                                   Burton, MI 48519

Social Security No.:
   xxx–xx–9557                                              xxx–xx–0645

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502** on **6/21/11** at **10:00 AM** to consider and act upon the following:

*245* – Motion for Hardship Discharge Filed by Joint Debtor Diane L. Walton, Debtor Robert L. Walton (Attachments: # (1) Order) (Jacobs, George)

Dated: 5/25/11

                                                        BY THE COURT

                                                        Katherine B. Gullo
                                                        Clerk, U.S. Bankruptcy Court

                                                        BY: Jill McFarlane
                                                        Deputy Clerk