Form ntchrg

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **04−30796−dof**
Chapter: 13
Judge: Daniel S. Opperman.Flint

In Re: (NAME OF DEBTOR(S))
  Robert L. Walton
  4489 Lippincott Blvd.
  Burton, MI 48519

  Diane L. Walton
  4489 Lippincott Blvd.
  Burton, MI 48519

Social Security No.:
  xxx−xx−9557                    xxx−xx−0645

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502** on **6/21/11** at **10:00 AM** to consider and act upon the following:

*245* − Motion for Hardship Discharge Filed by Joint Debtor Diane L. Walton, Debtor Robert L. Walton (Attachments: # (1) Order) (Jacobs, George)

Dated: 5/25/11

                                            BY THE COURT

                                            Katherine B. Gullo
                                            Clerk, U.S. Bankruptcy Court

                                            BY: Jill McFarlane
                                            Deputy Clerk

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                              Case No. 04-30796-dof
Robert L. Walton                                                    Chapter 13
Diane L. Walton
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0645-4          User: jmcfa              Page 1 of 1        Date Rcvd: May 25, 2011
                              Form ID: ntchrgBK        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2011.
```
db/jdb     +Robert L. Walton,   Diane L. Walton,   4489 Lippincott Blvd.,   Burton, MI 48519-1155
aty        +David A. Wolfe,   525 Vine Street,   Ste. 800,   Cincinnati, OH 45202-3122
aty        +Steven W. Moulton,   727 S. Grand Traverse St.,   Flint, MI 48502-1100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Charles R. Hardenburgh
cr          Citizens Bank f/k/a Republic Bank
cr          Fifth Third Bank
cr          Fifth Third Mortgage Company
cr          GMAC
cr          Hubert Hintz
cr          JPMorgan Chase Bank, N.A.
cr          Janet . Gillie
cr          John Stapish
cr          Judy Hardenburgh
cr          Litton Loan Servicing LP
cr          Litton Loan Servicing, LP
cr          PHH Mortgage Corporation
cr          Republic Bank
cr          State Street Bank and Trust Company, as Custodian/
cr          U.S. Bank, N.A.
                                                                           TOTALS: 16, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2011**           **Signature:**      *Joseph Speetjens*