226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **04-30796-dof**
Chapter: 13
Judge: Daniel S. Opperman.Flint

In Re: (NAME OF DEBTOR(S))
Robert L. Walton
4489 Lippincott Blvd.
Burton, MI 48519

Diane L. Walton
4489 Lippincott Blvd.
Burton, MI 48519

Social Security No.:
xxx-xx-9557

xxx-xx-0645

Employer's Tax I.D. No.:

## NOTICE OF GUARDIANSHIP OF CREDITOR

**PLEASE TAKE NOTICE** the Creditor, David L Gillie and been appointed guardian of Janet E. Gillie In the Probate Court in the County of Genesee and as such should be given notice at the following address:

**David L Gillie
6524 N Dort
Mount Morris, MI 48458**

Dated: 6/1/2011

BY DAVID L GILLIE

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:                                             Case No. 04-30796
                                                  Chapter 13

Robert & Diane Walton,                  Hon. Daniel S. Opperman

      Debtors

                            /

## PROOF OF SERVICE

STATE OF MICHIGAN     )
                                )SS.
COUNTY OF GENESEE    )

      THE UNDERSIGNED, being first duly sworn, deposes and says that on the 1st day of June, 2011 he served upon:

                             Bankruptcy Court for the Easter Division of Michigan
                             And
                             **George E. Jacobs**
                             Bankruptcy Law Offices
                             2425 S. Linden Road Suite C
                             Flint, MI 48532

a copy of the Notice of Appointment of Guardian by placing same in an envelope addressed to the said addressee and by depositing said envelope in the United States Mail in a mail receptacle in Flint, Michigan, with first-class postage fully paid thereon.

                                                         _/s/ David L. Gillie_
                                                         David L Gillie