IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

In re:                                              Bankruptcy Case No. 04-30796

  ROBERT L. WALTON and                              Chapter 13
  DIANE L. WALTON,

Debtor(s).                                          REQUEST FOR SPECIAL NOTICE

TO THE CLERK AND ALL PARTIES:

      Pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1), the undersigned, B-Line,

LLC, hereby notifies the Court, Debtor(s), Trustee, and interested parties in the above entitled

bankruptcy case that all notices given or required to be given and all papers served or required to

be served in this case be also given to and served, whether electronically or otherwise, on:

B-Line, LLC
Attn: Steven Kane
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221
Phone: 866-670-2361
Fax: 206-239-1958
Email: bline.chapter13@blinellc.com


Linh K. Tran is no longer associated with B-Line in this bankruptcy case.

Dated this 6th day of June 2011.

                                    /s/ Steven G. Kane
                                    Steven G. Kane
                                    Agent for B-Line, LLC
                                    P.O. Box 91121
                                    Dept. 550
                                    Seattle, WA 98111-9221
                                    Phone: 866-670-2361
                                    Fax: 206-239-1958
                                    Email: bline.chapter13@blinellc.com